UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Teachers Insurance and Annuity Association of America, a New York corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Mall of America Associates, a Minnesota general partnership, et al.,<br><br>Defendants. | Case No. 06-1062 (PAM/JSM)<br><br>**ORDER ON TRIPLE FIVE'S REQUEST FOR EXPEDITED HEARING** |

_____

The above-referenced matter came before the Court on Defendant Triple Five of Minnesota, Inc.'s Motion to Toll the 120-Day "Buy-Sell" Evaluation Period and Request for an Expedited Hearing. Plaintiffs have agreed to expedite the briefing schedule and have proposed a reasonable briefing schedule. According, **IT IS HEREBY ORDERED that**:

1. Triple Five's Request for an Expedited Hearing is **GRANTED in part** and **DENIED in part**;

2. The briefing schedule for Triple Five's Motion to Toll the 120-Day "Buy-Sell" Evaluation Period is expedited:

   a. Triple Five's opening memorandum is due by June 2, 2006;

   b. Defendants' response memorandum is due by June 23, 2006; and

1

    c. Triple Five's reply memorandum is due by June 30, 2006.

The Court will decide the Motion to Toll the 120-Day "Buy-Sell" Evaluation Period on the papers submitted.

Dated: June 20, 2006

                    s/ Paul A. Magnuson
                    Paul A. Magnuson
                    United States District Court Judge